UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-23115-CIV-GRAHAM/TORRES

ALIANZA CORP.,

    Plaintiff,

vs.

SUPERIOR FLORALS, INC.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Entry of Final Judgment [D.E. 13].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Edwin G. Torres [D.E. 15]. The Magistrate Judge issued a Report [D.E. 17] recommending that the motion be granted, and that Final Judgment on Default be entered in favor of Plaintiff Alianza Corp., and against Defendant Superior Florals, Inc., in the amount of $47,205.80. The parties did not file objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Torres' Report [D.E. 17] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Final Judgment [D.E. 13] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that Final Judgment on Default be entered in favor of Plaintiff Alianza Corp., and against Defendant Superior Florals, Inc., in the amount of $47,205.80.

**DONE AND ORDERED** in Chambers at Miami, Florida, this /**** day of September, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Torres
    All Counsel of Record